8.9.12
2:12CR266



# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG KELLY,<br><br>　　　　　　Defendant. | Case No. 2:12-cr-00266-GMN-PAL<br><br>**ORDER DIRECTING U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING** |

　　COMES NOW Defendant, Craig Kelly, by and through CJA counsel, Craig W. Drummond, Esq., and moves this Honorable Court for an order directing the United States Marshal to arrange for the defendant's noncustodial transportation from Cookeville, Tennessee to Las Vegas, Nevada on or before August 27, 2012 at the hour of 9:00 a.m. for a Pretrial Services Interview and subsequent appearance before the Honorable Gloria M. Navarro in Courtroom 7D on August 28, 2012 at the hour of 9:00 a.m. for purposes of an Appearance, Arraignment, and Plea.

　　This request is limited to payment of one-way transportation to the above-referenced court appearance only.

　　**DATED** this 22nd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge