**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-266-GMN-(PAL) |
| ) | |
| CRAIG KELLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On August 28, 2012, defendant CRAIG KELLEY pled guilty to Count One of a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Plea Memorandum. Criminal Information, ECF No. 8; Plea Memorandum, ECF No. 10.

This Court finds that CRAIG KELLEY shall pay a criminal forfeiture money judgment of $195,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from CRAIG KELLEY a criminal forfeiture money judgment in the amount of
3 $195,000.00 in United States Currency.

4  **DATED** this 30th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge